IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL MCCOOL and<br>DEIDRE DRINKARD, | : | |
| Plaintiffs, | : | |
| vs. | : | Civil Action 22-00170-KD-MU |
| AUSTAL USA, LLC, | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection (doc. 16) is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated August 16, 2022 (doc. (doc. 15), is ADOPTED as the opinion of this Court.

Accordingly, the Court orders as follows:

1) Plaintiff McCool's Second Amendment claim in Count II is DISMISSED WITH PREJUDICE.

2) Pursuant to 28 U.S.C. § 1367(a) & (c), the Court declines to exercise supplemental jurisdiction over the state law claims in Count I and Counts III through V; therefore, the Court declines to rule on Defendant's motion to dismiss these state law claims.

3) Because the Court has declined to exercise supplemental jurisdiction, Plaintiffs' state law claims are REMANDED to the Circuit Court of Mobile County, Alabama.

4) Plaintiffs' motion to remand (doc. 9) is MOOT.

**DONE** and **ORDERED** this 21st day of September 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE