# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL MCCOOL and<br>DEIDRE DRINKARD, | : | |
| Plaintiffs, | : | |
| vs. | : | Civil Action 22-00170-KD-MU |
| AUSTAL USA, LLC, | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge, it is ORDERED, ADJUDGED, and DECREED, that Plaintiff McCool's Second Amendment claim (Count II) is DISMISSED WITH PREJUDICE, and the remaining state law claims are REMANDED to the Circuit Court of Mobile County, Alabama.

**DONE** and **ORDERED** this 21st day of September 2022.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**